1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  TIMOTHY R. BOLIN
   Special Assistant United States Attorney
4  California State Bar No. 259511
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105-2102
        Telephone: (415) 977-8982
7       Facsimile: (415) 744-0134
        Email: timothy.bolin@ssa.gov
8
9  Attorneys for Defendant
   Michael J. Astrue, Commissioner of Social Security
10

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| NANETTE FUENTEZ, | Case No. 1:10-CV-01032-AWI-SKO |
| Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to provide Plaintiff with a *de novo* hearing and a new decision.

Upon receipt of the Court's remand order, an Administrative Law Judge (ALJ) shall consider all medical source opinions, including that of Lynn Kerr, M.D., and, unless a treating source's opinion is given controlling weight, the ALJ shall explain the weight accorded to each

source. The ALJ shall consider the evidence in Exhibits C8F and C9F of the administrative transcript. The ALJ shall consider whether Plaintiff's fall on her left knee, a few days prior to turning age 55, might cause standing or walking difficulties. The ALJ shall consider Plaintiff's changed circumstance of attaining the age of 55 during the period at issue and whether it rebutted the presumptions of nondisability and continuing applicability of the residual functional capacity determined in October 2005. The ALJ shall consider Plaintiff's asthma and the possible environmental limitations that it might entail. Finally, ALJ shall consider all the new medical evidence presented in conjunction with Plaintiff's second Social Security application and, if warranted by this expanded record, obtain a vocational expert testimony to determine if Plaintiff is able to perform her past relevant work or other jobs that exist in significant numbers in the national economy.

Dated: December 16, 2010                By:     /s/ Sengthiene Bosavanh*
                                                SENGTHIENE BOSAVANH
                                                *By email authorization on Dec. 16, 2010

                                                Attorney for Plaintiff


Dated: December 16, 2010                        BENJAMIN B. WAGNER
                                                United States Attorney
                                                LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                        By:     /s/ Timothy R. Bolin
                                                TIMOTHY R. BOLIN
                                                Special Assistant United States Attorney

                                                Attorneys for Defendant

1  **THE COURT APPROVES THE FOREGOING STIPULATION AND SO ORDERS.**

3  IT IS SO ORDERED.

4  Dated:  December 17, 2010                     _____
5                                       CHIEF UNITED STATES DISTRICT JUDGE