Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| NANETTE FUENTEZ, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security )<br>)<br>   Defendant. ) | CASE NO. 1:10-cv-01032-AWI-SKO<br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that, subject to the approval of the Court, Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND FIVE HUNDRED dollars and 00/100 cents ($4,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiffs request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA Payment of FOUR THOUSAND FIVE HUNDRED dollars and 00/100 cents ($4,500.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

| | | |
|---|---|---|
| 1 | Dated: March 18, 2011 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ. |
| | | Attorney for Plaintiff |
| 3 | Dated: March 18, 2011 | BENJAMIN B. WAGNER |
| 4 | | United States Attorney |
| | | LUCILLE GONZALES MEIS |
| 5 | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| 6 | | |
| 7 | | By: /s/ Timothy Bolin |
| | | (as authorized via e-mail) |
| 8 | | TIMOTHY BOLIN |
| | | Special Assistant United States Attorney |

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Plaintiff be awarded $4,500.00 in attorney's fees under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

**Dated:   March 23, 2011**                    /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE