# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE FUENTEZ, | CASE NO. 1:10-cv-01032-AWI-SKO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS FEES BE GRANTED** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | **(Docs. No. 18, 20)** |
| Defendant. / | |

On November 6, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's counsel's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) be granted. (Doc. 20.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued November 6, 2012, are ADOPTED IN FULL;
2. Plaintiff's counsel's motion for an award of attorney's fees pursuant to Section 406(b) in the amount of $12,195.80 is GRANTED; and
3. Plaintiff's counsel shall refund to Plaintiff $4,500 of the Section 406(b) fees awarded as an offset for Equal Access to Justice Act fees previously awarded pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   December 5, 2012

UNITED STATES DISTRICT JUDGE

2